IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOREEN TIMPERLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3177 |
| | ) | |
| v. | ) | |
| | ) | |
| VEYANCE TECHNOLOGIES, INC., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' Joint Stipulation to Dismiss (filing 19) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 24th day of July, 2013.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge